**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Leroy Perez Calvillo Jr.,  )
    Plaintiff,  )
    v.  )    CV 07-0391-PHX-SMM (HCE)
Dora B. Schriro, et al.,  )
    Defendants.  )    **O R D E R**

Pending before the Court is Plaintiff's "Motion To Dismiss" (Doc. #5). In his Motion, Plaintiff alleges that he has "thought about this issue and come to the conclusion that this case is not worth his time and money and the toll it is taking on his health." Plaintiff further alleges that he is attempting to resolve the issues set forth in his Complaint through the Inmate Grievance Process. The Court will construe the Motion as a Notice of Voluntary Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.

Under Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. <u>Commercial Space Management Co., Inc. v. Boeing Co., Inc.</u>, 193 F.3d 1074, 1077 (9th Cir. 1999). The dismissal is effective and automatic upon the filing of the notice. <u>Id.</u> No Defendant has yet served an answer or motion for summary judgment in this case. Accordingly, the Notice of Dismissal is effective.

**IT IS ORDERED:**

(1) That Plaintiff's "Motion To Dismiss", which the Court construes as a Notice of Voluntary Dismissal pursuant to Rule 41(a), Fed.R.Civ.P, is **GRANTED**;

(2) That the Complaint and this action are dismissed without prejudice pursuant to Rule 41(a), Fed.R.Civ.P., and the Clerk of Court shall enter judgment accordingly.

DATED this 20th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge